# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FELIX GUTIERREZ VALENCIA<br><br>　　　　Defendant. | Case No. 20cr2058-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

**WHEREFORE**, the court, having read and considered the motion of the parties, and finding good cause therein,

IT IS HEREBY ORDERED that the date for the Motion Hearing/Trial Setting in the above-referenced case is continued from November 6, 2020, to December 4, 2020, at 1:30 p.m., and the time between November 6, 2020, and December 4, 2020, is excluded under the Speedy Trial Act pursuant to 81 U.S.C. §3161(h)(1)(D).

IT IS SO ORDERED.

Dated: November 3, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge